# Court of Appeals
# of the State of Georgia

ATLANTA,____April 19, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16D0333. ESTATE OF MILDRED DAVIS, MURIEL MONTIA, EXECUTOR v. DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2005-WL3 et al.**

Murial Montia filed suit against Deutsche Bank National Trust Company as trustee for Long Beach Mortgage Loan Trust 2005 WL3 and Select Portfolio Servicing, Inc., et al. alleging a quiet title claim and seeking the appointment of a special master. After the trial court dismissed the complaint, Montia filed an application for discretionary appeal in this Court.

The Supreme Court, however, has original appellate jurisdiction over cases involving title to land. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (1). Because this appeal involves title to land, jurisdiction appears to lie in the Supreme Court. See *Tharp v. Harpagon Co*., 278 Ga. 654, 655 (1) (604 SE2d 156) (2004). Accordingly, this application is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*_____04/19/2016_____
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*